UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENDEL REIZES on behalf of himself and all others similarly situated,<br><br>                            Plaintiff,<br><br>- against -<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>                            Defendant. | 12-cv-2525 (MKB)(JMA)<br><br>**STIPULATION OF DISMISSAL** |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, MENDEL REIZES, and defendant GC SERVICES LIMITED PARTNERSHIP, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The Court hereby retains jurisdiction solely for purposes of enforcement.

Dated: New York, New York
        April 12, 2013

| | |
|---|---|
| ADAM J. FISHBEIN, P.C.<br>*Attorneys for Plaintiff Mendel Reizes* | HINSHAW & CULBERTSON LLP<br>*Attorneys for Defendant GC Services*<br>   *Limited Partnership* |
| By: *s/ Adam J. Fishbein*<br>    Adam J. Fishbein, Esq. (AF-9508) | By: *s/Concepcion A. Montoya*<br>    Concepcion A. Montoya. (CM-7147) |
| 483 Chestnut Street<br>Cedarhurst, New York 11516<br>Tel: (516) 791-4400<br>Fax: (516) 791-4411 | 780 Third Avenue, 4th Floor<br>New York, New York 10017-2024<br>Tel: (212) 471-6200<br>Fax: (212) 935-1166 |

                        SO ORDERED:

                        _____
                        HON. MARGO K. BRODIE
                        UNITED STATES DISTRICT JUDGE