UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MENDEL REIZES on behalf of himself and all others similarly situated,

                Plaintiff,

- against -

GC SERVICES LIMITED PARTNERSHIP,

                Defendant.

12-cv-2525 (MKB)(JMA)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, MENDEL REIZES, and defendant GC SERVICES LIMITED PARTNERSHIP, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The Court hereby retains jurisdiction solely for purposes of enforcement.

Dated: New York, New York
       April 12, 2013

ADAM J. FISHBEIN, P.C.
*Attorneys for Plaintiff Mendel Reizes*

By: *s/ Adam J. Fishbein*
    Adam J. Fishbein, Esq. (AF-9508)

483 Chestnut Street
Cedarhurst, New York 11516
Tel: (516) 791-4400
Fax: (516) 791-4411

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant GC Services*
  *Limited Partnership*

By: *s/Concepcion A. Montoya*
    Concepcion A. Montoya. (CM-7147)

780 Third Avenue, 4th Floor
New York, New York 10017-2024
Tel: (212) 471-6200
Fax: (212) 935-1166

    SO ORDERED:

     s/ MKB       4/18/2013
    HON. MARGO K. BRODIE
    UNITED STATES DISTRICT JUDGE

130556638 0936234